**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ricardo DOMINGUEZ–RODRIGUEZ,
Defendant–Appellant.**

No. 12–50474
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office San Antonio, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ricardo Dominguez–Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Dominguez–Rodriguez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Dominguez–

Rodriguez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.